LAW OFFICE OF BESS M. BREWER
& ASSOCIATES
BESS M. BREWER, #100364
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAI THAO | Case No: CIV-05-2454 GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of July 13, 2006 to July 20, 2006. This extension is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

|   |   |
|---|---|
| Dated:  July 10, 2006 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
|   | Attorney for Plaintiff |
| Dated: July 24, 2006 | McGregor W. Scott<br>United States Attorney |
|   | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
|   | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 7/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

thao.eot

2