```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
GERALYN A. GULSETH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| XAI THAO, | ) Case No. 2:05-CV-02454-GGH |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is AUGUST 23, 2006. The new due date will be SEPTEMBER 22, 2006.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time 05-cv-2454-GGH                Page 1

```
     /s/ Bess M. Brewer
         (As authorized on AUGUST 21, 2006)
     BESS B. BREWER
     Attorney at Law

     Attorney for Plaintiff



     McGREGOR W. SCOTT
     United States Attorney
     BOBBIE J. MONTOYA
     Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya for
         (As signed on August 21, 2006)
     GERALYN A. GULSETH
     Special Assistant U.S. Attorney

     Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: 8/24/06                    /s/ Gregory G. Hollows
                                  ─────────────────────────────
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

thao2454.eot