```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Fax: (916) 554-2900
 5  GERALYN A. GULSETH
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone: (415) 977-8943
    Fax: (916) 744-0134
 8
    Attorneys for Defendant
 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                            SACRAMENTO DIVISION
12
      XAI THAO,                          ) Case No. 2:05-CV-02454-GGH
13                                       )
              Plaintiff,                 ) STIPULATION AND ORDER
14                                       )
          vs.                            )
15                                       )
      JO ANNE B. BARNHART,               )
16    Commissioner of Social             )
      Security,                          )
17                                       )
              Defendant.                 )
18                                       )
```

19      The parties hereby stipulate by counsel, with the Court's
20 approval as indicated by issuance of the attached Order, that
21 Defendant shall have a SECOND extension of time of 30 days to
22 respond to Plaintiff's motion for summary judgment.  Upon
23 reviewing this case in preparation for Defendant's response, it
24 was determined that a further review of this matter is required.
25 The current due date is SEPTEMBER 22, 2006.  The new due date
26 will be OCTOBER 23, 2006.
27      The parties further stipulate that the Court's Scheduling
28 Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time 05-cv-2454-GGH            Page 1

```
     /s/ Bess M. Brewer
         (As authorized on SEPTEMBER 21, 2006)
     BESS B. BREWER
     Attorney at Law

     Attorney for Plaintiff



     McGREGOR W. SCOTT
     United States Attorney
     BOBBIE J. MONTOYA
     Assistant U.S. Attorney

By:  /s/ Bobbie J. Montoya for
         (As signed on SEPTEMBER 21, 2006)
     GERALYN A. GULSETH
     Special Assistant U.S. Attorney

     Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: 9/25/06                    /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

thao2454.eot-2