```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700
    Fax:  (916) 554-2900
 5  GERALYN A. GULSETH
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94105
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8
    Attorneys for Defendant
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| XAI THAO, | CASE NO. **2:05-CV-02454-GGH** |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, an administrative law judge (ALJ) shall:

1. update the record regarding claimant's impairments;
2. re-evaluate the manipulative limitations assessed by Drs. Borges and Tambellini;

THAO v. Barnhart
Stip & Order of Remand (Sentence 4)
2:05-cv-02454-GGH                     1

|   |   |   |
|---|---|---|
| 1 | 3. | re-assess claimant's residual functional capacity; and |
| 3 | 4. | obtain supplemental vocational expert testimony to clarify what jobs exist in significant numbers for claimant given her residual functional capacity and vocational factors. |

The Appeals Council consolidates the claim at issue with the claim filed in February 2005. The ALJ will associate the claims files and issue a new decision on the consolidated claims.

The Appeals Council and/or ALJ may take any additional action deemed appropriate.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /
/ / /
/ / /

```
        /s/ Bess M. Brewer
            (As authorized on OCTOBER 16, 2006)
        BESS M. BREWER
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney

By:     /s/ Bobbie J. Montoya for
            (As signed on OCTOBER 17, 2006)
        GERALYN A. GULSETH
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 10/20/06                /s/ Gregory G. Hollows
                               _____
                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

thao2454.ord